UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :     26mc213 (DLC)
IN RE EX PARTE APPLICATION OF TOUR DES     :
FINANCES NV GVBF                           :     ORDER
                                           :
-------------------------------------------X

DENISE COTE, District Judge:

On May 7, 2026, Tour des Finances NV GVBF ("Petitioner") filed an emergency application for an order to show cause pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding against PIMCO Prime Real Estate LLC ("Respondent"). Accordingly, it is hereby

ORDERED that the parties shall appear for a conference on **May 12, 2026** at **3:00 P.M.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the Petitioner shall promptly serve a copy of this Order on the Respondent.

Dated:    New York, New York
          May 8, 2026

                                   _____
                                          DENISE COTE
                                   United States District Judge