UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                                          :        26mc213 (DLC)
IN RE EX PARTE APPLICATION OF TOUR DES    :
FINANCES NV GVBF                          :           ORDER
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On May 7, 2026, Tour des Finances NV GVBF ("Petitioner") filed an emergency application for an order to show cause pursuant to 28 U.S.C. § 1782 to obtain discovery from PIMCO Prime Real Estate LLC ("Respondent") for use in a foreign proceeding.  For the reasons stated on the record at a conference held on May 12, it is hereby

ORDERED that the application is denied without prejudice to Petitioner's ability to file a renewed application if the Petitioner can demonstrate that the Respondent has "custody" over the documents it seeks, which are in the possession of a separately incorporated European affiliate, and that it would not be burdensome for the Respondent to retrieve the documents.

Dated:    New York, New York
          May 13, 2026

                                 _____
                                          DENISE COTE
                                 United States District Judge