UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :      26mc213 (DLC)
IN RE EX PARTE APPLICATION OF TOUR DES    :
FINANCES NV GVBF                          :            ORDER
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    Tour des Finances NV GVBF having renewed its petition on

May 16, 2026, it is hereby

    ORDERED that any opposition is due **May 21, 2026.**  Any reply

is due **May 25, 2026** at **noon.**

    IT IS FURTHER ORDERED that oral argument on the renewed

petition shall take place before the Honorable Analisa Torres on

**May 26, 2026** at **11:00 a.m.** in Courtroom 15D, 500 Pearl Street,

New York, New York.

Dated:   New York, New York
         May 18, 2026

                              _____
                                       DENISE COTE
                              United States District Judge