UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re *Ex Parte* Application of

TOUR DES FINANCES NV GVBF,

                        Petitioner,

for an Order Pursuant to 28 U.S.C. § 1782 to
Conduct Discovery for Use in a Foreign Proceeding

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/22/2026

26 Misc. 213 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Having reviewed Petitioner's renewed petition for an order pursuant to 28 U.S.C. § 1782 for discovery, *see* ECF No. 23, and Respondent's opposition, *see* ECF No. 30, the Court determines that oral argument is not necessary for it to decide the renewed petition.  Accordingly, the oral argument scheduled for Tuesday, May 26, 2026, at 11:00 a.m. is ADJOURNED *sine die*.

      SO ORDERED.

Dated: May 22, 2026
       New York, New York

                                    _____
                                     ANALISA TORRES
                             United States District Judge